IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARGROUP HOLDINGS LLC,** | : | |
| *d/b/a* **WEBUYANYCAR.COM,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **GEORGE NOAH WILLIAMS,** | : | No. 15-4041 |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 13th day of November, 2015, upon consideration of Defendant's Motion to Dismiss (Docket No. 4), Plaintiff's Opposition thereto (Docket No. 5), Defendant's Reply (Docket No. 6), and Plaintiff's Sur-reply (Docket No. 7), and following oral argument, it is hereby **ORDERED** that Defendant's Motion to Dismiss (Docket No. 4) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge